UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SECURITIES AND EXCHANGE COMMISSION**       CIVIL ACTION NO.: 14 CV 8181

V.                    *Plaintiff*

ZACHARY ZWERKO

*Defendant*

AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on **12/12/2014 at 11:45 AM at 500 Pearl Street, 14th Floor, New York, NY 10007**

deponent served a(n) **Summons in a Civil Action, Complaint, ECF Case Amended Complaint, United States Southern District Court Electronic Case Filing Rules and Instructions, Individual Practices of Magistrate Judge Maas, Individual Practices of Richard J. Sullivan**

on **Zachary Zwerko**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
12th day of December, 2014

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2016

Di Cong Jiang
License No.1220800

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279

US D's COURT
COUNTY OF SDNY

Plaintiff: SEC

AGAINST

Defendant: Zachary Zwirko

INDEX #: 14 CV 8181
CAL #:
ATTORNEY: SEC
TYPE OF DOCUMENT: SJC

126

SERVE ON: Zachary Zwirko

AT: 500 Pearl St
NY, NY

TYPE OF SERVICE: Personal
SERVED ON: Sam
LOCATION: Same, 14th Fl
DATE: 12/12/14 TIME: 11:45 am
FEE TENDERED:

NOTES & COMMENTS

### DESCRIPTION

(M)/ F , SKIN Wh HAIR Br
AGE 33 HT 5'8 WT. 160

OTHER FEATURES:
MAILED COPY TO:

DATE: _____ TIME: _____
BLDG. & DOOR AREA:

FILED AFFIDAVIT ON:
CERT. MAILING #:
AGENCY NAME:
AGENCY LIC. #:

Service of a copy of the within document is hereby admitted
Dated _____

SERVING by IRVING
Process Servers