# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-922-3882
www.alston.com

Craig Carpenito     Direct Dial: 212-210-9582     Email: craig.carpenito@alston.com

January 6, 2015

VIA E-MAIL & OVERNIGHT DELIVERY

Hon. Richard J. Sullivan
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2104
New York, New York 10007

Re:     SEC v. Zwerko, et ano., Case No. 14-CV-8181 (RJS)

Dear Judge Sullivan:

We represent Defendant David L. Post in the above-referenced matter. Mr. Post's Answer to the Securities and Exchange Commission's ("SEC") Amended Complaint is currently due on January 9, 2015. Since the parties are still discussing a potential settlement of this matter, we ask that the deadline for Mr. Post to submit his Answer be adjourned until March 9, 2015. This is the first request for an adjournment submitted for this matter. In addition, the SEC (copied below) has consented to the adjournment.

If you have any questions or concerns, please feel free to reach out to me at (212) 210-9582.

Respectfully submitted,

Craig Carpenito

Cc:     Charles D. Riely (via e-mail)
Dominick D. Barbieri (via e-mail)