UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION., <br><br> Plaintiff, <br> -against- <br><br> ZACHARY ZWERKO, *et. uno.*, <br><br> Defendants. | No. 14-cv-8181 (RJS) <br><br> AFFIDAVIT OF SERVICE |

STATE OF NEW YORK )
                           ) ss:
COUNTY OF NEW YORK )

    Michael Malloy, being duly sworn, deposes and says: that I am employed in the office of Alston & Bird LLP, attorneys for Defendant David Post in the above-referenced action; that on January 14, 2015, I served a true copy of the Court's ORDER, dated January 6, 2015 upon the party listed below at the address listed below by enclosing a true copy thereof in a prepaid, properly addressed, UPS envelope and arranging for overnight delivery.

Dominick D. Barbieri
Securities & Exchange Commission
Division of Enforcement
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022

                                                                        Michael J. Malloy

Sworn to before me this
14th day of January 2015

Notary Public
LOUIS P. COSTANZO
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 20 1\\

LEGAL02/31502453v1