# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 14cv8181 (RJS) |
| Zachary Zwerko and David L. Post | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant David L. Post .

Date: 01/26/2015

s/ Adam Baker
*Attorney's signature*

Adam Baker
*Printed name and bar number*

Alston & Bird LLP
90 Park Avenue
New York, NY 10016
*Address*

adam.baker@alston.com
*E-mail address*

(212) 210-9400
*Telephone number*

(212) 210-9444
*FAX number*