UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION

               Plaintiff,            Case No. 14 CV 8181

  -against-

                                          **ORDER FOR**
                                          **ADMISSION**
ZACHARY ZWERKO                         **PRO HAC VICE**

               Defendant.

_____

      The Motion of Jeffrey A. Denner, Esq. for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Massachusetts; and that his contact information is as follows:

> Jeffrey A. Denner, Esq.
> Jeffrey Denner Associates, P.C.
> 4 Longfellow Place, 35th Floor
> Boston, MA 02114
> Phone: (617) 227-2800
> Fax: (617) 973-1562
> *jdenner@dennerlaw.com*

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Zachary Zwerko in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                              _____
                                                              United States District / Magistrate Judge