# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

ZACHARY ZWERKO,

                Defendant.
_____

Case No. 14 CV 8181

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Jeffrey A. Denner, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for ZACHARY ZWERKO in the above-captioned action *Securities and Exchange Commission v. Zachary Zwerko*.

I am in good standing of the bar of the state of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 6, 2015

                                              Respectfully Submitted,

                                              */s/ Jeffrey A. Denner*
                                              Applicant Signature

                                              Jeffrey A. Denner, Esq.
                                              Jeffrey Denner Associates, P.C.
                                              4 Longfellow Place, 35th Floor
                                              Boston, MA 02114
                                              Phone: (617) 227-2800
                                              Fax: (617) 973-1562
                                              jdenner@dennerlaw.com