# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

ZACHARY ZWERKO,

        Defendant.

_____

Case No. 14 CV 8181

**MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Jeffrey A. Denner, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for ZACHARY ZWERKO in the above-captioned action *Securities and Exchange Commission v. Zachary Zwerko*.

    I am in good standing of the bar of the state of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 15, 2015                                         Respectfully Submitted,

                                                                     */s/ Jeffrey A. Denner*
                                                                     Applicant Signature

                                                                     Jeffrey A. Denner, Esq.
                                                                     Jeffrey Denner Associates, P.C.
                                                                     4 Longfellow Place, 35th Floor
                                                                     Boston, MA 02114
                                                                     Phone: (617) 227-2800
                                                                     Fax: (617) 973-1562
                                                                     *jdenner@dennerlaw.com*