USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-15

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

          Plaintiff,

-against-

ZACHARY ZWERKO

          Defendant.

Case No. 14 CV 8181

**ORDER FOR ADMISSION PRO HAC VICE**

The Motion of Jeffrey A. Denner, Esq. for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Massachusetts; and that his contact information is as follows:

> Jeffrey A. Denner, Esq.
> Jeffrey Denner Associates, P.C.
> 4 Longfellow Place, 35th Floor
> Boston, MA 02114
> Phone: (617) 227-2800
> Fax: (617) 973-1562
> *jdenner@dennerlaw.com*

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Zachary Zwerko in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/18/15

_____
United States District / ~~Magistrate~~ Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twelfth** day of **December** A.D. **1973**, said Court being the highest Court of Record in said Commonwealth:

### Jeffrey A. Denner

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twelfth** day of **May** in the year of our Lord **two thousand and fifteen.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

ZACHARY ZWERKO,

                Defendant.

Case No. 14 CV 8181

**MOTION FOR ADMISSION PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Jeffrey A. Denner, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for ZACHARY ZWERKO in the above-captioned action *Securities and Exchange Commission v. Zachary Zwerko*.

I am in good standing of the bar of the state of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 15, 2015

                                                          Respectfully Submitted,

                                                          */s/ Jeffrey A. Denner*
                                                          Applicant Signature

                                                          Jeffrey A. Denner, Esq.
                                                          Jeffrey Denner Associates, P.C.
                                                          4 Longfellow Place, 35th Floor
                                                          Boston, MA 02114
                                                          Phone: (617) 227-2800
                                                          Fax: (617) 973-1562
                                                          *jdenner@dennerlaw.com*