UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-v-

ZACHARY ZWERKO and DAVID L. POST,

Defendants.

No. 14-cv-8181 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

This is an addendum to the Final Consent Judgments entered today against Defendants.

On January 20, 2015, the Court stayed this action pending resolution of the parallel criminal case against Defendants, *United States v. Post*, et al., No. 14-cr-715 (AKH). (Dkt. Entry, dated Jan. 30, 2015.) On November 25, 2015, Plaintiff filed a letter informing the Court that the criminal case had concluded and that the parties in this action were engaged in settlement discussions. (Doc. No. 24.) Thereafter, the Court ordered the parties to periodically submit joint letters apprising the Court as to the status of settlement. (Doc. Nos. 25, 27.) The Court is now in receipt of proposed Final Consent Judgments resolving Plaintiff's claims against Defendants and an accompanying March 1, 2016 letter from Plaintiff requesting that the Court enter those proposed judgments against Defendants. (Doc. No. 28.)

Accordingly, IT IS HEREBY ORDERED THAT the stay of this action is lifted. The Court will separately docket the Final Consent Judgments entered today against Defendants. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:   March 1, 2016
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE